IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

BRUCE THURMAN,
    Plaintiff,

vs.                           Case No.2:10-cv-02188-MPM_DGB

KEITH ANGLIN, VICTOR CALLOWAY,
[MARY MILLER. et al.,
    Defendants,

### MOTION FOR REINSTATMENT OF SAID CASE

  NOW COMES Plaintiff BRUCE THURMAN, Pro-se inmate of the said case requesting that the Honorable Chief Judge MICHAEL P. McCUSKEY Reinstate his case. Plaintiff states as follow:

1. The Plaintiff had file this case before the Honorable Judge and the case was dissmiss as to being a Negligence case at the time of the original filing and the judge dissmiss the case.

2. During the hearing the Chief Judge inform the plaintiff that he should file this case in the state court where the plaintiff filed the case in the state court of Vermilion circuit court wheres the judge dismiss the case and stated that this case should be brought in the court of claims, but after the filing of another grievance wheres the chief Judge Michael P. McCuskey had told the plaintiff to do so the plaintiff receive the grievance back stating the same response as to the original grievance.

3. The plaintiff requested that sign's be posted and trapping of the geeses, and sign's warning staff and inmates about the bird fecal matter throughout the danville grounds, these grievance receive the same response, and the plaintiff wrote a letter to the acting director GLADYSE C. TAYLOR OF I.D.O.C. about the response and he pointed out that these grievances were not the same and another response is needed, but the officials made it clear that they were not giving another response and finalize the grievance and now the plaintiff is requesting that the court allow him to proceed as Deliberate indifference to his health and safety

and denial of cleaning supplies,and policy of the warden keith anglin.See all Attached Exhibits.

WHEREFORE,Plaintiff prays that the Honorable Court grants him permission to proceed with the claim of Deliberate indifference and denial to protect his health and safety.

RESPECTFULLY SUBMITTED

/s/ *Bruce Thurman*
BRUCE THURMAN ID#B-10461
Danville corr. center
3820 East Main St.
Danville,ILL 61834

TO: GLADYSE C. TAYLOR ACTING DIRECTOR OF I.D.O.C
1301 Concordia Court
p.o. box 19277
Springfield, illinois 62794-9277

Dated March 14, 2011

I Mr, Bruce Thurman ID# B-10461 at Danville Corr. Center has produce a grievance concerning the sign and trapping be posted to warn staff and inmate population of the danger of the bird fecal matter. Now I have received the response to that grievance stating that this issue has been address on 5.11,10 wheres these two grievance are different due to the Court request that I file this grievance due to he's the chairman of the wild life of this district and I am requesting that you give me a final administrative response to the grievance #10Dn1160. Please read the two grievances and see that they are not the same!

    THANK YOU FOR YOUR TIME AND CONSIDERATION

    RESPECTFULLY SUBMITTED
    /S/ *Bruce Thurman B10461*
    Bruce Thurman Id#B-10461
    3820 east main street
    danville, illinois 61834

Sign Before Me On The Date of
17 March 2011
_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Notary Public
My commission Expires 05-29-2013

RECEIVED
MAR 22 2011
OFFICE OF INMATE ISSUES

*final notice*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: **Thurman** (Last Name) **Bruce** (First Name) MI **B10461** ID#

Facility: **Danville**

☒ Grievance: Facility Grievance # (if applicable) _____ Dated: _____ or ☒ Correspondence: Dated: _____

Received: **3/22/11** Regarding: **grievance process - request response to grv 10DN1160**

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide a copy of your written Committed Person's Grievance, DOC 0046 including the counselor's response if applicable).
- ☐ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL 62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied by the facility, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL 62706

**No further redress:**
- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☒ This office previously addressed this issue on **5/11/10 + 1/26/11** Date
- ☐ No justification provided for additional consideration.

**Other** (specify): _____

Completed by: **Sarah Johnson** (Print Name)     Signature: *Sarah Johnson*     Date: **3/25/11**

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: __Thurman__ __Bruce__ __ __ __B10461__
Last Name / First Name / MI / ID#

Facility: __Danville__

☒ Grievance: Facility Grievance # (if applicable) __10DN1160__ Dated: _____ or ☐ Correspondence: Dated: _____

Received: __12/21/10__ Regarding: __Conditions - bird feces__

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**
- ☐ Provide a copy of your written Committed Person's Grievance, DOC 0046 including the counselor's response if applicable).
- ☐ Provide a copy of the Committed Person's Grievance Report, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.
- ☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.
- ☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
  Office of Inmate Issues
  1301 Concordia Court
  Springfield, IL  62794-9277

**Misdirected:**
- ☐ Contact your correctional counselor regarding this issue.
- ☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied by the facility, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.
- ☐ Contact the Record Office with your request or to provide additional information.
- ☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.
- ☐ Address concerns to: Illinois Prisoner Review Board
  319 E. Madison St., Suite A
  Springfield, IL  62706

**No further redress:**
- ☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.
- ☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.
- ☒ This office previously addressed this issue on __5/11/10__. __grv 10DN0143__
- ☐ No justification provided for additional consideration.

**Other** (specify): _____

RECEIVED MAR 22 2011 OFFICE OF INMATE ISSUES

Completed by: Sarah Johnson   _Sarah Johnson_   __1/26/11__
Print Name / Signature / Date

Distribution: Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

3A-10

| Date Received: 11/19/10 | Date of Review: 11/19/10 | Grievance #:10DN1160 |

ID# B10461

**Committed Person:** thurman

**Grievance Response:** (conditions) 10DN1160 Inmate Thurman states that the various birds located on Danville C.C. grounds distribute an excessive amount of fecal matter and inmates are forced to walk through this fecal matter on a daily basis. RELIEF REQUESTED- Signs posted to warn staff and inmates of the danger of the bird fecal matter. Monetary considerations and punitive consideration to ensure unsanitary policy and practices are discontinued. REVIEW- Grounds Crew supervisor J. Bennett states that there are inmates assigned to clean the track and scoop the yard of the bird droppings on a daily basis. RECOMMENDATION- After a review of all available information this grievance recommends that this grievance be considered moot, there are inmates assigned to clean the track and scoop the yard of the bird droppings on a daily basis.

J. Smith
Print Grievance Officer's Name

Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: 11/24/10

[X] I concur  [ ] I do not concur  [ ] Remand

Comments: _____

Chief Administrative Officer's Signature    11/24/10 Date

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Bruce Thurman    B10461    2,23,11
Committed Person's Signature    ID#    Date

RECEIVED DEC 21 2010 OFFICE OF INMATE ISSUES

RECEIVED MAR 22 2011 OFFICE OF INMATE ISSUES

# ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| | | | |
|---|---|---|---|
| Date: 9-14-10 | Offender: (Please Print) Bruce Thurman | | ID#: B10461 |
| Present Facility: Danville C.C. | Facility where grievance issue occurred: Danville C.C. | | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Safety and Sanitation Violation and Protection of Persons Violation

- [ ] Disciplinary Report: ___/___/___ Date of Report  Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** Danville C.C. has a well known wildlife problem consisting of various birds such as geese, crows, pigeons, bats, ect. located on Danville C.C. grounds and other areas throughout prison grounds. These birds migrate yearly in or around the pond located on Danville C.C. grounds and as previously stated, in other areas throughout prison grounds. These geese, and other birds distribute excessive amounts of fecal matter throughout prison grounds especially the recreational yard area. The human traffic walk through this fecal matter daily. And Inmate population is encouraged to

**Relief Requested:** 1) Immediate signs posted to warn staff and inmate population of the dangers of bird fecal matter exposure. 2) Punitive consideration to ensure Unsanitary policy and practices are discontinued. 3) Monetary considerations.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Bruce Thurman — Offender's Signature    B10461 — ID#    9/14/10 — Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 9/20/10
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** There are inmates assigned to clean truck and scoop the yard of goose droppings. This is done on daily basis.

D. Lasker CCII — Print Counselor's Name    [signature] CCII — Counselor's Signature    10/18/10 — Date of Response

---

### EMERGENCY REVIEW

Date Received: ___/___/___

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

RECEIVED DEC 2 1 2010 OFFICE OF INMATE ISSUES
RECEIVED MAR 2 2 2011 OFFICE OF INMATE ISSUES

_____ Chief Administrative Officer's Signature    ___/___/___ Date

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

participate in programs offered by the L.T.S (sporting events) that's held on the yard (basketball, baseball, soccer, track, football e[c]t.) With all Warden's approval and Safety and Sanitation department official approval. And All of these Authority held Capacities Wardens, L.T.S Supervisors, And Sanitation officials Are well aware of the spreading and contaminating factors of the bird fecal matter, as well as, other health related dangers in conjunction with being constantly exposed to these harmful conditions. I've previously notified Danville C.C. officials (Wardens Keith Anglin and Victor Calloway) of life-threating deficiencies in Sanitation and Safety Measures at Danville C.C. In particular, I've indicated that inadequate emergency Key precautions and grossly unsanitary conditions in specific areas of the facility, especially inside inmates outdoor recreational area (THE YARD) - contaminated with disease infested bird fecal matter that can result in a serious and immediate risk of harm to inmate or inmates. This facility due to the significant and excessive amounts of bird fecal matter and bird fecal matter residue on prison grounds, has not since previously being put on notice about the dangers and effects of exposure to this problem, put up or posted ANY WARNINGS SIGNS, Caution signs, nor hazardous substance signs outside, inside, or around recreational yard or prison grounds in plain sight to put all staff and inmates on notice of the harmful dangers and remote possibilities that constant exposure to bird fecal matter and bird fecal matter residue can and has been documented to cause. And safety measures to take once contact has been made with bird fecal matter or residue via touching, ingestion, inhalation, or absorption. I, as committed person, and my property according to 730 ILCS 5/3-7-4 are to be protected. And under 730 ILCS 5/3-7-3(A) Institutional Safety and Sanitation Violation all inmates are suppose to be protected environmental and sanitation deficiencies protection from exposure to contagious disease. And given use of cleaning chemicals that sufficiently destroys the pathogens and organisms in hazardous or biohazardous spills or droppings. Farmer v. Brennan, 511 U.S. 825, 833 (1994), Vinning-El v. Long, 482 F.3d 923, 924-25

CERTIFICATE OF SERVICE

I MR,BRUCE THURMAN ID#B-10461 CERTIFY THAT ON MAY ,2011 I PERSONALLY E-FILED WITH E.ROBSON OF DANVILLE LAW LIBRARY THE MOTION OF REINSTATEMENT OF SAID CASE TO THE URBANA FEDERAL COURT.

RESPECTFULLY SUBMITTED

/S/ *Bruce Thurman*